FILED
CLERK, U.S. DISTRICT COURT

7/1/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY AIKEN,<br>　　　　Plaintiff,<br>v.<br>P. VOEGELE, M.D.,<br>　　　　Defendant. | CASE NO. 2:18-cv-05519-SK<br>**JUDGMENT** |

In accordance with the Order Dismissing Complaint, **IT IS ADJUDGED** that the Complaint is dismissed without leave to amend, and this action is dismissed with prejudice.

DATED: July 1, 2019

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　STEVE KIM
　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE